THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WANDA GREENE,<br><br>            Plaintiff,<br><br>     v.<br><br>HOLLAND AMERICA LINE INC., a Washington corporation; CARNIVAL CORPORATION, d.b.a. Carnival Cruise Lines, A Florida Corporation; and Marvin Cantera,<br><br>            Defendants. | No. CV08-1342RSL<br><br>**PRIVACY ACT COURT ORDER** |

    This matter having come on before the Court on Defendants Holland America Line Inc. and Carnival Corporation's Motion to Compel Disclosure of Federal Bureau of Investigation Records, the Court having reviewed the records and files herein. This Order is entered for the purpose of protecting the right of privacy of those individuals, whose names appear in the records described in the attached Subpoena for Records without deposition. In this case, the Court finds that the items and records described in the subpoena are relevant to

NIELSEN ■ SHIELDS
P L L C
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300

the issues raised in the above captioned case and that the need of the party requesting the records outweighs the potential harm to the subjects of the disclosure. This Order permits the disclosure in the course of this action of the records described in the attached subpoena issued April 9, 2009.

IT IS HEREBY ORDERED that pursuant to the provisions of the Privacy Act, 5 U.S.C. Section 552a (b)(11), the Government is authorized to provide to the Defendants requesting this Order those portions of the FBI file that are responsive to the subpoena subject to the following: The Government is entitled to invoke any privilege existing under the law or regulation other than the Privacy Act in connection with its release of such documents.

Dated this 4th day of June, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

PRIVACY ACT COURT ORDER
No. CV08-1342 – Page 2

NIELSEN ▪ SHIELDS
P L L C
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300